**Motion Granted; Order filed June 7, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00805-CR

_____

### EDWARD BEALEFIELD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1464575**

## ORDER

Appellant Edward Bealefield was convicted by a jury of "continuous sexual abuse of a young child." Tex. Penal Code Ann. § 21.02. The trial court's judgment erroneously listed the offense as aggravated sexual assault of a child under 14 years of age. On February 29, 2016, appellant's counsel filed a brief with a single issue: the judgment should be modified to reflect that appellant was convicted of continuous sexual abuse of a child. The State filed a brief in which it agrees that the judgment contains an erroneous recitation and should be modified.

Appellant filed a pro se motion in which he asks this court to strike appellant's brief and order counsel to file a brief addressing his conviction. The motion is granted.

Counsel has not raised issues addressing appellant's conviction yet has not followed the procedures of *Anders v. California*, 386 U.S. 738, 742–44 (1967). We strike appellant's brief filed February 29, 2016, and ORDER that appellant's counsel, David L. Garza, file a brief in this court on or before July 7, 2016, in compliance with the appellate rules. Should counsel determine there are no legal points arguable on their merits, then counsel must file a brief in accordance with the *Anders* procedure.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.